# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-02074-SSS-SHKx | Date | 6/27/2025 |
| Title | *Karina Flanagan v. Sbarro LLC et al* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Carolina Torres-Rivera | RS-CS 2 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Eduardo Santos | Ryan Christopher Bykerk, Matthew Justin Weber |

**Proceedings:** **(ZOOM): MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [Dkt. 33] & MOTION FOR ATTORNEYS' FEES, COSTS, AND A CLASS REPRESENTATIVE ENHANCEMENT PAYMENT [Dkt. 32]**

Counsel state their appearances. The Court confers with counsel. The Court takes this matter under submission.

**IT IS SO ORDERED.**

Time: 00:04
Initials of Preparer: ctr